# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3552

_____

United States of America

*Plaintiff - Appellee*

v.

Allen Brown, Jr., also known as AWAC

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: August 27, 2013
Filed: August 27, 2013
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Allen Brown, Jr. directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to a firearm offense.  His counsel has filed

---

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

a brief under *Anders v. California*, 386 U.S. 738 (1967), requesting a review of Brown's sentence for reasonableness. Upon careful review, this court has found nothing in the record to suggest that any significant procedural error occurred at sentencing or that the district court imposed a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 460-62 (8th Cir. 2009) (en banc) (when reviewing sentences, appellate court applies deferential abuse-of-discretion standard, ensuring that district court did not commit significant procedural error or impose substantively unreasonable sentence; if sentence is within Guidelines range, appellate court may, but is not required to, apply presumption of reasonableness).

This court has reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), and found no nonfrivolous issues for appeal.

Counsel's motion to withdraw is granted, and the judgment is affirmed. *See* 8th Cir. R. 47B.

_____